UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAULA CROCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-25-697-G |
| | ) |
| GENTER DRUMMOND, Oklahoma | ) |
| Attorney General, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Paula Crockett, appearing pro se, initiated this civil action on June 23, 2025, raising claims against three defendants. *See* Compl. (Doc. No. 1). After two defendants moved to dismiss (Doc. No. 12), Plaintiff filed an Amended Objection (Doc. No. 15). Five days later, Plaintiff filed a Second Amended Objection (Doc. No. 16).

Defendant Walgreens Store #4673 now moves to strike the Second Amended Objection, arguing that the filing is a surreply filed without authorization from the Court. *See* Def.'s Mot. to Strike (Doc. No. 18). Plaintiff has not responded to the Motion to Strike within the time allowed by the Court's Local Rules.

Pursuant to Local Civil Rule 7.1(h), "[s]upplemental briefs may be filed only upon motion and leave of court." LCvR 7.1(h). And pro se parties must "follow the same rules of procedure" as other litigants. *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005) (internal quotation marks omitted).

2

Defendant's unopposed Motion to Strike (Doc. No. 18) therefore is GRANTED. Plaintiff's Second Amended Objection (Doc. No. 16) is hereby STRICKEN from the case record.

IT IS SO ORDERED this 15th day of October, 2025.

_____
CHARLES B. GOODWIN
United States District Judge